UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRUSTEES OF THE DISTRICT COUNCIL
NO. 9 PAINTING INDUSTRY INSURANCE
FUND, et al.,

                        Petitioners,

            -against-

UNITED STRUCTURE SOLUTION, INC.,

                        Respondent.
----------------------------------------------------------- X

22-CV-7703 (VSB)

**ORDER**

<u>VERNON S. BRODERICK, United States District Judge</u>:

      This case has been assigned to me for all purposes. On September 9, 2022, Petitioners filed a complaint seeking to confirm an arbitration award. (Doc. 1.) On October 23, 2022, Petitioners filed an affidavit of service. (Doc. 7.)

      Proceedings to confirm or to vacate arbitration awards must be "treated as akin to a motion for summary judgment." *See D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby:

      ORDERED that Petitioner shall file and serve any additional materials with which they intend to support their petition for confirmation on or before November 24, 2022. Respondent's opposition, if any, is due on December 8, 2022. Petitioners' reply, if any, is due on December 22, 2022.

      IT IS FURTHER ORDERED that Petitioners shall serve a copy of this Order on Respondent and file an affidavit on ECF certifying that such service has been effected.

SO ORDERED.

Dated: November 10, 2022
New York, New York

*Vernon Broderick*
VERNON S. BRODERICK
United States District Judge