UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRUSTEES OF THE DISTRICT COUNCIL
NO. 9 PAINTING INDUSTRY INSURANCE
FUND and TRUSTEES OF THE DISTRICT
COUNCIL NO. 9 PAINTING INDUSTRY
ANNUITY FUND and DISTRICT COUNCIL
NO. 9 INTERNATIONAL UNION OF
PAINTERS AND ALLIED TRADES, A.F.L.-
C.I.O.,

                    Petitioners,                    22 **CIVIL** 7703 (VSB)

    -against-                              **JUDGMENT**

UNITED STRUCTURE SOLUTION, INC.,
                    Respondent.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 13, 2023, Petitioner's motion is GRANTED. The Award is CONFIRMED, and judgment is entered in favor of Petitioner and against Respondent in the amount of $24,385.00 in fines, plus attorneys' fees in the amount of $2,400.00, costs in the amount of $540.00, and post-judgment interest in accordance with 28 U.S.C. §1961; accordingly, the case is closed.

**Dated**: New York, New York
         January 13, 2023

                                              **RUBY J. KRAJICK**

                                              **Clerk of Court**
                         **BY:**        *K. Mango*

                                              **Deputy Clerk**